PAULINE GOODMAN et al., Respondents, v. ETHEL KOKET, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MORRIS A. GREEN, Respondent, v. ROBERT WELWOOD, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

GUILD CONSTRUCTION CO., INC., Respondent, v. R. & I. Co., INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

In the Matter of IRVING N. SIDMAN, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Matter referred to Honorable Charles J. Dodd, Official Referee, to hear and to report with his opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

In the Matter of MORRIS H. SIEGEL, Petitioner, against HAROLD J. CRAWFORD, as a Justice of the Municipal Court of the City of New York, Respondent, and MAE HARDING, Intervener, Respondent.— Motion to direct restitution denied, without costs, on condition that within twenty days from the entry of the order hereon, the intervener respondent file an undertaking, with corporate surety, in the sum of $500, to refund the fine in the event the Court of Appeals affirms the order of this court or dismisses said respondent's pending appeal therefrom; and on the further condition that said appeal be diligently prosecuted in the Court of Appeals; otherwise motion granted. [See 266 App. Div. 878, 923.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MICHAEL LEVINE, Individually and as a Stockholder and Officer of GLENMORE METALCRAFT CORPORATION, Respondent, et al., Plaintiffs, v. ABE B. KARRON, Individually and as an Officer of Said Corporation, et al., Defendants, and GLENMORE METALCRAFT CORPORATION, Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 766.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

HERMAN MEYER, Respondent, v. JOSEPH G. MARON, Defendant, and JACK SIEGEL et al., Doing Business under the Name of BORO WOOD PRODUCTS COMPANY, Defendants-Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See ante, p. 769.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

· KATE PENDERGAST et al., Respondents, v. TRUSTEES OF ST. PATRICK'S CATHEDRAL IN THE CITY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See ante, p. 770.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MABEL M. ROHS, Suing on Behalf of Herself and All Other Stockholders of ROHS BROS., INC., Similarly Situated, Appellant, v. ROHS BROS., INC., et al., Respondents.— Motion for reargument denied, without costs. [See ante, p. 770.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.